[This opinion has been published in *Ohio Official Reports* at 176 Ohio St.3d 733.]

IN RE CASES HELD FOR *MARYSVILLE EXEMPTED VILLAGE SCHOOLS BD. OF EDN. v. UNION CTY. BD. OF REVISION*.

[Cite as *In re Cases Held for* Marysville Exempted Village Schools Bd. of Edn. v. Union Cty. Bd. of Revision, 2024-Ohio-4931.]

*Disposition of cases held for* Marysville Exempted Village Schools Bd. of Edn. v. Union Cty. Bd. of Revision.

(Submitted October 1, 2024—Decided October 15, 2024.)

_____

The below judgment of the court was joined by KENNEDY, C.J., and FISCHER, DEWINE, DONNELLY, STEWART, BRUNNER, and DETERS, JJ.

{¶ 1} The judgments of the courts of appeals in the following cases are affirmed, and the causes are remanded for further proceedings consistent with this court's decision in *Marysville Exempted Village Schools Bd. of Edn. v. Union Cty. Bd. of Revision*, 2024-Ohio-3323:

- 2023-1538. *New Albany-Plain Local Schools Bd. of Edn. v. Franklin Cty. Bd. of Revision*, 2023-Ohio-3806 (10th Dist.).

- 2023-1551. *New Albany-Plain Local Schools Bd. of Edn. v. Franklin Cty. Bd. of Revision*, No. 22AP-750 (10th Dist. Dec. 1, 2023).

- 2023-1554. *New Albany-Plain Local Schools Bd. of Edn. v. Franklin Cty. Bd. of Revision*, No. 22AP-751 (10th Dist. Dec. 1, 2023).

- 2023-1555. *New Albany-Plain Local Schools Bd. of Edn. v. Franklin Cty. Bd. of Revision*, No. 22AP-743 (10th Dist. Dec. 1, 2023).

- 2023-1602. *Lancaster City School Dist. Bd. of Edn. v. Fairfield Cty. Bd. of Revision*, 2023-Ohio-3985 (5th Dist.).

- 2023-1605. *Olentangy Local School Bd. of Edn. v. Delaware Cty. Bd. of Revision*, 2023-Ohio-3984 (5th Dist.).
- 2024-0047. *New Albany-Plain Local Schools Bd. of Edn. v. Franklin Cty. Bd. of Revision*, No. 22AP-738 (10th Dist. Dec. 1, 2023).
- 2024-0048. *New Albany-Plain Local Schools Bd. of Edn. v. Franklin Cty. Bd. of Revision*, No. 22AP-746 (10th Dist. Dec. 1, 2023).
- 2024-0049. *New Albany-Plain Local Schools Bd. of Edn. v. Franklin Cty. Bd. of Revision*, No. 22AP-747 (10th Dist. Dec. 1, 2023).
- 2024-0050. *New Albany-Plain Local Schools Bd. of Edn. v. Franklin Cty. Bd. of Revision*, No. 22AP-748 (10th Dist. Dec. 1, 2023).
- 2024-0051. *New Albany-Plain Local Schools Bd. of Edn. v. Franklin Cty. Bd. of Revision*, No. 22AP-749 (10th Dist. Dec. 1, 2023).

_____

The below judgment of the court was joined by KENNEDY, C.J., and FISCHER, DEWINE, DONNELLY, STEWART, BRUNNER, and DETERS, JJ.

{¶ 2} The judgments of the court of appeals in the following cases are affirmed on the authority of *Marysville Exempted Village Schools Bd. of Edn.*, 2024-Ohio-3323:

- 2024-0869. *Marysville Exempted Village Schools Bd. of Edn. v. Union Cty. Bd. of Revision*, 2024-Ohio-1629 (3d Dist.).
- 2024-0870. *Marysville Exempted Village Schools Bd. of Edn. v. Union Cty. Bd. of Revision*, 2024-Ohio-1629 (3d Dist.).

_____

2